(8/2017)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**GREENSBORO DIVISION**

| | |
|---|---|
| In re:<br>　　　MICHAEL KIRBY<br><br>　　　　　　Debtor(s)<br>SSN(1) XXX-XX-6025 | Case No. 13-11266<br>Judge Benjamin A. Kahn |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

　　　Anita Jo Kinlaw Troxler, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/23/2013.

2) The plan was confirmed on 12/16/2013.

3) The case was completed on 11/12/2018.

4) Number of months from filing to last payment: 62.

5) Number of months case was pending: 65.

6) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $97,278.35 |
| Less amount refunded to debtor | $28.35 |
| **NET RECEIPTS:** | **$97,250.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,700.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $6,318.57 |
| Other | $69.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$10,087.57** |

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ALAMANCE COUNTY TAX | Priority | NA | 93.66 | 93.66 | 93.66 | 0.00 |
| ALAMANCE OIL COMPANY | Unsecured | 246.16 | NA | NA | 0.00 | 0.00 |
| B C PARKER REAL ESTATE | Unsecured | 192.75 | NA | NA | 0.00 | 0.00 |
| BELLSOUTH TELECOMMUNICATION | Unsecured | NA | 108.90 | 108.90 | 38.23 | 0.00 |
| DAVID R HUFFMAN | Priority | 5,000.00 | 8,445.00 | 8,445.00 | 8,445.00 | 0.00 |
| EMPLOYMENT SECURITY COMMISSI | Priority | NA | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Unsecured | 100.62 | NA | NA | 0.00 | 0.00 |
| GLORIA KIRBY | Unsecured | 13,688.00 | 13,687.85 | 13,687.85 | 4,805.22 | 0.00 |
| GLORIA KIRBY | Priority | 25,000.00 | 15,750.00 | 15,750.00 | 15,750.00 | 0.00 |
| GLORIA KIRBY | Priority | 45,000.00 | 45,000.00 | 0.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | NA | NA | NA | 0.00 | 0.00 |
| N C DEPARTMENT OF REVENUE | Priority | NA | NA | NA | 0.00 | 0.00 |
| PROPONENT FEDERAL CREDIT UNIO | Unsecured | 2,000.00 | 1,922.56 | 1,922.56 | 674.93 | 0.00 |
| PROPONENT FEDERAL CREDIT UNIO | Unsecured | 997.39 | 953.75 | 953.75 | 334.82 | 0.00 |
| SHEFFIELD FINANCIAL | Unsecured | 4,226.67 | 4,334.86 | 4,334.86 | 1,521.78 | 0.00 |
| STATE EMPLOYEES CREDIT UNION | Unsecured | 8,173.27 | NA | NA | 0.00 | 0.00 |
| STATE EMPLOYEES CREDIT UNION | Unsecured | 2,924.47 | 2,626.04 | 2,926.04 | 1,027.21 | 0.00 |
| STATE EMPLOYEES CREDIT UNION | Secured | 8,173.27 | 8,206.20 | 8,206.20 | 8,206.20 | 833.60 |
| WELLS FARGO BANK NA | Secured | 118,459.12 | 118,382.39 | 0.00 | 35,943.94 | 0.00 |
| WELLS FARGO BANK NA | Secured | NA | 67.69 | 9,487.84 | 9,487.84 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $35,943.94 | $0.00 |
| Mortgage Arrearage | $9,487.84 | $9,487.84 | $0.00 |
| Debt Secured by Vehicle | $8,206.20 | $8,206.20 | $833.60 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$17,694.04** | **$53,637.98** | **$833.60** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $24,288.66 | $24,288.66 | $0.00 |
| **TOTAL PRIORITY:** | **$24,288.66** | **$24,288.66** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$23,933.96** | **$8,402.19** | **$0.00** |

**Disbursements:**

| | | |
|---|---:|---:|
| Expenses of Administration | $10,087.57 | |
| Disbursements to Creditors | $87,162.43 | |
| **TOTAL DISBURSEMENTS :** | | **$97,250.00** |

7) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/07/2019                                          By: /s/ Anita Jo Kinlaw Troxler
                                                                                Trustee

xc  MICHAEL KIRBY
    U.S. BANKRUPTCY ADMIN
    PHILLIP E BOLTON ESQ
    BOLTON LAW GROUP PA
    622 C GUILFORD COLLEGE RD
    GREENSBORO, NC 27409

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.