**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

In Re:                                                                    Chapter 13

KIRBY, MICHAEL                              )           No: 13-11266 C-13G
5163 ODELL KING RD                         )
BURLINGTON, NC 27217                 )
                                                                       )
        xxx-xx-6025                                    )
                                         Debtor(s)   )

**DEBTOR'S MOTION FOR ENTRY OF DISCHARGE,**
**CERTIFICATION REGARDING PLAN COMPLETION, and**
**STATEMENT REGARDING BANKRUPTCY RULE 1007 (b)(8)**

The Debtor makes the following statements and certifications:

1.    I have completed making all payments under the Plan.

2.    I have completed an instructional course concerning personal financial management and a certificate regarding my attendance has been filed with the Court.

3.    I have not received a Chapter 7, 11, or 12 discharge in a prior case filed within four years preceding the filing of the current Chapter 13 case.

4.    ☐    I am not required to pay any Domestic Support Obligations required by judicial or administrative order, or by statute.

      ☒    I am required to pay Domestic Support Obligations required by judicial or administrative order, or by statute, and all amounts payable under such obligations are paid as of this date, including amounts that were due before the petition was filed, to the extent provided for by the plan, and I have filed the Debtor's Disclosure of Information Regarding Domestic Support Obligations with the Chapter 13 Trustee's Office.

5A.    ☒    I did not elect to use my State exemptions to exempt any amount of an interest in real property with a value exceeding $146,450 if this case was filed on or before March 31, 2013, $155,675 if this case was filed on or after April 1, 2013 but before April 1, 2016, or $160,375 if this was filed on or after April 1, 2016.

**IF YOU CHECKED BOX 5A, OMIT 5B.**

5B.    ☐    I elected to use my State exemptions to exempt any amount of an interest in real property with a value exceeding $146,450 if this case was filed on or before March 31, 2013, $155,675 if this case was filed on or after April 1, 2013 but before April 1, 2016, or $160,375 if this case was filed on or after April 1, 2016. (Please check the appropriate boxes for statements (i) - (ix)).

         (i)    ☐    I have not been convicted of a felony nor is there pending any proceeding in which I may be found guilty of a felony as defined in 18 U.S.C. §3156.

(ii) ☐ I do not owe a debt arising from violation of the Federal securities law, any State securities laws, or any regulation or order issued under Federal securities laws or State securities law.

(iii) ☐ There is no pending proceeding in which I may be found liable for a debt arising from violation of the Federal securities law, any State securities laws, or any regulation or order issued under Federal securities laws or State securities law.

(iv) ☐ I do not owe a debt arising from fraud, deceit, or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security registered under section 12 or 15(d) of the Securities Exchange Act of 1934 or under section 6 of the Securities Act of 1933.

(v) ☐ There is no pending proceeding in which I may be found liable for a debt arising from fraud, deceit, or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security registered under section 12 or 15(d) of the Securities Exchange Act of 1934 or under section 6 of the Securities Act of 1933.

(vi) ☐ I do not owe a debt arising from any civil remedy under 18 U.S.C. §1964.

(vii) ☐ There is no pending proceeding in which I may be found liable for a debt arising from any civil remedy under 18 U.S.C. §1964.

(viii) ☐ I do not owe a debt arising from any criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding 5 years.

(ix) ☐ There is no pending proceeding in which I may be found liable to owe a debt arising from any criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding 5 years.

I declare under penalty of perjury that the information provided in this certification and motion is true and correct and move the Court to enter a discharge in this case.

Dated: 1-21-2019

_____
Debtor

```
           UNITED STATES BANKRUPTCY COURT
        FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
```

In Re:                                  Case No. 13-11266-G

   Kirby, Michael

CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he served the document(s) shown below upon the creditors listed below by causing said document(s) to be deposited in a post-paid, properly addressed wrapper in a post office or official depository under the exclusive care and custody of the United States Postal Service and/or by electronic means as allowed by the Court.

This the 21st of February 2019

```
                        by: /s/Phillip E. Bolton
                            Phillip E. Bolton
                            Attorney for Petitioner(s)
                            4400 Silas Creek Parkway, Ste. 105
                            Winston Salem, NC 27104
                            (336) 294-7777
```

DOCUMENT(S) SERVED: VIA CM/ECF

Debtor's Motion For Entry Of Discharge Certification Regarding Plan Completion, and Statement Regarding Bankruptcy Rule 1007(b)(8).

William Miller, Bankruptcy Administrator
Middle District of NC
101 S. Edgeworth Street
Greensboro, NC 27401

Anita Jo Kinlaw Troxler, Trustee
P.O. Box 1720
Greensboro, NC 27402-1720

(All Parties Of Record In Case)