Form 164

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

---

IN RE:
Michael Kirby     xxx–xx–6025
5163 Odell King Road
Burlington, NC 27217

    Debtor(s)

Chapter 13

Bankruptcy Case No. 13–11266

---

### NOTICE OF DEBTOR'S MOTION FOR ENTRY OF DISCHARGE, CERTIFICATION REGARDING PLAN COMPLETION, and STATEMENT REGARDING BANKRUPTCY RULE 1007 (b)(8)

TO THE DEBTOR AND ALL OTHER PARTIES IN INTEREST:

**TAKE NOTICE** that the debtor has filed a Motion for Entry of Discharge, Certification Regarding Plan Completion, and Statement Regarding Bankruptcy Rule 1007(b)(8). Any interested party objecting to the motion or requesting delay in the entry of the discharge pursuant to Section 1328(h), must file a written objection/request on or before 3/17/19 with the Court at the following address, and serve a copy on the debtor, attorney for debtor, and Chapter 13 Trustee. A certificate of service should be attached to the objection/request.

*Clerk, U.S. Bankruptcy Court*
*101 S. Edgeworth Street*
*Greensboro, NC 27401*

If no objections are filed and served in a timely manner, the Court will consider the Debtor's Motion for Entry of Discharge without a hearing. If objections/requests are timely filed, a hearing will be held on 3/26/19 at 02:00 PM in the following location:

*Courtroom 1*
*Second Floor*
*101 South Edgeworth Street*
*Greensboro NC 27401*

Dated: 2/22/19                                                                                OFFICE OF THE CLERK/smw