UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| KIRBY, MICHAEL | ) | Case No.: 13-11266  C-13G |
| | ) | |
| Debtor | ) | |
| _____ | ) | |

## WITHDRAWAL OF DOCKET ITEM #34 -

### Debtor's Motion for Entry of Discharge and Certification Regarding Plan Completion

NOW COMES Debtor, by and through undersigned counsel in the above captioned case, and hereby withdraws Docket Item #34 .

This the 12<u>th</u>  day of March, 2019

By:   /s/Phillip E. Bolton
Phillip E. Bolton
NC Bar #12326NC
Attorney for Debtor
Bolton Law Group
622 Guilford College Road, Suite C
Greensboro, NC 27409

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| KIRBY, MICHAEL | ) | Case No.: 13-11266  C-13G |
| | ) | |
| Debtor | ) | |
| _____ | ) | |

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that he served the attached document(s) below upon the parties listed below by causing said document(s) to be deposited in a post-paid, properly addressed wrapper in a post office or official depository under the exclusive care and custody of the United States Postal Service and/or by electronic means as allowed by the Court.

This the 12th day of March, 2019.

By:   /s/ Phillip E. Bolton
Phillip E. Bolton
Attorney for Debtor
Bolton Law Group
622 Guilford College Road, Ste. C
Greensboro, NC  27409

DOCUMENTS SERVED:
Withdrawal Of Docket Item #34

```
William Miller, Bankruptcy Administrator
Middle District of NC
101 S. Edgeworth Street
Greensboro, NC 27401

Anita Jo Kinlaw Troxler, Trustee
P.O. Box 1720
Greensboro, NC 27402
```